**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Southern California Regional Rail Authority dba Metrolink,<br><br>        Plaintiff,<br><br>    v.<br><br>Connex Railroad, LLC,<br><br>        Defendants. | CASE NO. CV08-06987 GW (JCx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Date: N/A<br>Time: N/A<br>Dept: 10<br>Judge: Hon. George H. Wu |

# ORDER

Based upon the stipulation entered by and between Plaintiff Southern California Regional Rail Authority ("SCRRA") and Defendant Connex Railroad LLC ("Connex"), and all the filings and proceedings herein, the Court hereby orders that the above-captioned action, United States District Court for the Central District Case No. CV08-06987 GW (JCx), is dismissed with prejudice, with costs and fees to be paid as agreed to by the parties.

IT IS SO ORDERED.

Dated: February 22, 2011

_____
GEORGE H. WU, U.S. District Judge